ORIGINAL

FILED IN CHAMBERS
U.S.D.C. Atlanta

OCT 11 2011

JAMES N. HATTEN, Clerk
By: _____
     Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL INDICTMENT |
| v. | : | NO. 1 11-CR-472 |
| MARCELLO ALEJO DESAUTU | : | |

THE GRAND JURY CHARGES THAT:

Beginning in or about December 2007, and continuing through on or about March 2008, in the Northern District of Georgia, the defendant, Marcello Alejo Desautu, did knowingly harbor, transport, provide, obtain and maintain by any means, in and affecting interstate commerce, a minor under the age of 18 years, namely "J.P.", knowing and in reckless disregard of the fact that "J.P." had not attained the age of 18 years and knowing that "J.P." would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a) and (b)(1).

A ___True___ BILL

_____
FOREPERSON

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

_____
JILL E. STEINBERG
ASSISTANT UNITED STATES ATTORNEY
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404/581-6364 (telephone)
404/581-6181 (facsimile)
Georgia Bar No. 502042